UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KEITH AGUIRRE,

                          Plaintiff,
      -against-

ANDREW SAUL,

                         Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/22/2021

20 **CIVIL** 4648 (GWG)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 22, 2021, Aguirre's motion for judgment on the pleadings is denied, and the Commissioner's motion for judgment on the pleadings is granted; accordingly, the case is closed.

**Dated:** New York, New York

       October 22, 2021

                                                           RUBY J. KRAJICK

                                                           Clerk of Court

                            BY:

                                                            Deputy Clerk